■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMALL SIMMONS, Appellant. [21 NYS3d 886]—Appeals having been taken to this Court by the above-named appellant from the judgments of the Supreme Court, Bronx County (Troy Webber, J.), rendered on or about December 13, 2010, and judgments of resentence, same court and Justice, rendered on February 15, 2011, and from a judgment, same court (Robert Torres, J., at plea; Troy Webber, J., at sentencing), rendered December 13, 2010, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentences not excessive it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Acosta, J.P., Andrias, Manzanet-Daniels and Kapnick, JJ.